COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No.   01-12-0455-CR; 01-12-0456-CR*; Daryl Lee Beeson v. The State of Texas*
On Appeal from the 221st District Court of Montgomery County, Texas
Trial Court Cause No. 11-04-04686-CR

The Montgomery County District Clerk, or the court reporter if the exhibit is still in his or her possession, is directed to send the original of State's exhibit number 103, a DVD, Defendant's 1, a DVD, and Defendant's 1-A, a DVD to this Court.  The Clerk of this Court is directed to cooperate with the district clerk and/or the court reporter to provide for the safekeeping, transportation, and return of such exhibit.  *See* TEX. R. APP. P. 34.6(g)(2).

The exhibit is due in this Court no later than April 3, 2013.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
☑ Acting individually     ☐ Acting for the Court

Panel consists of:


Date: March 27, 2013